No. 723. MINTZ *v.* IRVING TRUST CO., TRUSTEE IN BANKRUPTCY. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Copal Mintz, pro se.* No appearance for respondent.

No. 771. WASHINGTON *v.* CARTER, AGENT. February 19, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Bernard J. Gallagher* for petitioner. No appearance for respondent.

No. 774. HANKINS *v.* UNITED STATES. February 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. G. R. Harsh* for petitioner. No appearance for the United States.

Nos. 640, 641, and 642. UNITED STATES *v.* U.S. LIGHT & HEAT CORP. February 19, 1934. Petition for writs of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Mr. George Maurice Morris* for respondent.

No. 643. UNITED STATES *v.* M. & M. COMPANY. February 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Mr. George M. Morris* for respondent.